# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**PRENTISS FELLS**                                                                   **PLAINTIFF**

v.                                                            **CAUSE NO. 1:17CV202-LG-RHW**

**CITY OF GULFPORT, MISSISSIPPI, DONALD
ISON, AARON FORE, and JOHN AND JANE DOES
1-10, Individually and in their Official Capacities**       **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims against the defendants are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 56.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's claims against John and Jane Does 1-10 are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 30th day of March, 2018.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE